IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-0999 |
| | § | |
| GUNLER FOODS et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER PURSUANT TO A SUGGESTION OF BANKRUPTCY

Suggestions of Bankruptcy were filed as to Gunler Real Estate, Inc., which was filed in Bankruptcy Case No. 14-34287, and Gunler Paper, Inc., which was filed in Bankruptcy Case No. 14-34290, both under Chapter 7 of the Bankruptcy Code and both pending before the United States Bankruptcy Court for the Southern District of Texas, Houston Division.  This court previously stayed and severed the claims against Gunler Foods, Inc., in light of its bankruptcy filing.  The claims against Gunler Real Estate, Inc. and Gunler Paper, Inc. are stayed, severed and transferred into the same civil action as the claims against Gunler Foods, Inc.  That civil action is administratively closed.  Compass Bank may move to reinstate the action to the active docket on notice to this court that the stay has been lifted or discontinued, provided the notice is filed within 30 days after that occurs.

SIGNED on August 15, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge