IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COMPASS BANK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-999 |
| | § | |
| GUNLER REAL ESTATE, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This court entered an order of dismissal on August 15, 2014. That order was entered in error and is vacated. This case is reinstated.

SIGNED on September 16, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge